United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60652
Summary Calendar

FREDY EMETELIO MAZARIEGOS-DIAZ,

Petitioner,

versus

ALBERTO R. GONZALEZ, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 761 173
--------------------

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Fredy Emetelio Mazariegos-Diaz, a native and citizen of Guatemala, petitions this court for review of the Board of Immigration Appeals' ("BIA") decision affirming the Immigration Judge's ("IJ") denial of Mazariegos-Diaz's application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT").

Mazariegos-Diaz has failed to challenge the IJ's adverse credibility determination in his petition for review and, thus, any challenge to this determination is waived. See Thuri v. Ashcroft,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

380 F.3d 788, 793 (5th Cir. 2004). Mazariegos-Diaz has also failed to challenge the IJ's denial of his application for asylum or relief under the CAT. Therefore, these issues are also waived. See id. Accordingly, Mazariegos-Diaz's petition for review is DENIED.